IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13-mj-1015 |
| v. | ) | |
| | ) | |
| DASHAWN LLOYD | ) | |

O R D E R

The defendant's motion to substitute counsel (Docket Entry No. 19) is GRANTED.

Erik H. Herbert is hereby substituted as counsel for the defendant.

The Clerk is directed to terminate Michael Flanagan as counsel for the defendant.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge